FILED

Long K. Bui, State Bar No. 189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd, #327
Los Angeles, California 90064
Telephone: (310) 473-9153
Facsimile: (310) 477-2215

2009 APR 14  PM 2:27

CLERK ... DISTRICT COURT
CENT... CALIF
LOS ANGELES

Attorneys for Plaintiff

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CUSTOMER INFORMATION SERVICES, INC. <br><br> Plaintiff, <br><br> ALSA CORPORATION; DYNATONE, LLC; JEWELRY TECHNOLOGY, INC. DBA JEWELPAK <br> DOES 1 TO 10, INCLUSIVE <br> Defendants, | Case No. **CV09-2588 JC** <br><br> **COMPLAINT** |

## COMPLAINT

1. Plaintiff FEDEX CUSTOMER INFORMATION SERVICES, INC., Tennessee corporation ("Plaintiff") with its principal place of business located at 942 South Shady Grove Road, Memphis, Tennessee 38120.

2. Defendant, Alsa Corporation is a California corporation and a citizen of California with its principal place of business located at 2640 E. 37th Street, Vernon, California 90058.

3. Defendant, Dynatone, LLC is a California limited liability company and a citizen of California with its principal place of business located at 2640 E. 37th Street, Vernon, California 90058.

4. Defendant, Jewelry Technology, Inc. dba Jewelpak, is a California corporation and a citizen of California with its principle place of business located at 2640

E. 37th Street, Vernon, California 90058.

5.  Defendants, Alsa Corporation, Dynatone, LLC, and Jewelry Technology, Inc. dba Jewelpak collectively referred to in this complaint as "Defendants").

6.  This action is a civil action where jurisdiction is founded upon diversity of citizenship, the amount in controversy being in excess of $75,000.00 exclusive of interest and cost as specified in 28 U.S.C.A. §1332(a)

7.  Plaintiff is unaware of the true names and capacities of defendants sued herein as Does 1 to 10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff believes that each fictitiously sued defendant was in some way responsible for the acts alleged in the complaint.

8.  Defendants were billed regularly as services were delivered in the amount $193,780.35. Defendants accepted said deliveries without complaint. Plaintiff has made demand upon Defendants for payment of the amount due, but Defendants has failed and refused and still refuses to pay the same or any part thereof.

**WHEREFORE,** Plaintiff demands judgment against Defendants in the amount of $193,780.35 plus interest, costs, and attorney fees.

DATED: March 29, 2009                              LAW OFFICICE OF SAKAIDA & BUI

                                                   _____
                                                   Long K. Bui, Attorney for Plaintiff

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** LOS ANGELES
I have read the foregoing SUMMONS AND COMPLAINT _____ and know its contents.

[X] **CHECK APPLICABLE PARAGRAPHS**

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am [ ] an Officer [ ] a partner _____ [ ] a _____ of _____,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ] The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am one of the attorneys for PLAINTIFF _____,
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.
Executed on March 29, 2009 , _____, at LOS ANGELES _____, California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

LONG K. BUI _____                              _____ /s/
     Type or Print Name                                          Signature

## PROOF OF SERVICE
1013a(3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** _____
I am employed in the county of _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On _____, _____, I served the foregoing document described as _____

_____ on _____ in this action
[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**
     [ ] *I deposited such envelope in the mail at _____, California.
     The envelope was mailed with postage thereon fully prepaid.

     [ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
     Executed on _____, _____, at _____, California.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
     Executed on _____, _____, at _____, California.
[ ] (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                                               _____
Type or Print Name                                          Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

WWW.ATFORMS.COM 1-800-617-4202

Long K. Bui #189662
Sakaida & Bui
2355 Westwood Blvd., Suite 327
Los Angeles, CA 90064
Phone: 310-473-9153  Fax: 310-477-2215
long@sakaidabui.com

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fedex Customer Information Services, Inc.<br><br>PLAINTIFF(S)<br><br>V.<br><br>Alsa Corporation; Dynatone, LLC; Jewelry Technology, Inc. dba Jewelpak Does 1 to 10. Inclusive<br>DEFENDANT(S) | CASE NUMBER<br><br>CV09-2588 JC<br><br><br>SUMMONS |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney

Long K. Bui _____, whose address is:

2355 Westwood Blvd., Suite 327
Los Angeles, CA 90064

An answer to the ☒ COMPLAINT, ☐ _____ AMENDED COMPLAINT,
(1st, 2nd, etc)

☐ COUNTERCLAIM,  ☐ CROSS-CLAIM which is herewith served upon you within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

DATE: __APR 1 4 2009__          By _Natalie Hernojoria_
                                        Deputy Clerk

(SEAL OF THE COURT)


CV-1A (01/01)                   SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Fedex Customer Information Services, Inc.

**DEFENDANTS**
Alsa Corporation; Dynatone, LLC; Jewelry Technology, Inc. dba Jewelpak

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Long K. Bui #189662
2355 Westwood Blvd., Suite 327
Los Angeles, CA 90064   tel. 310-473-9153

**ATTORNEYS** (If known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☒ **MONEY DEMANDED IN COMPLAINT:** $ 193,780.35

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Jurisdiction based on 28 U.S.C.A. §1332(a)
Cause of action based on services delivered and billed and not paid for.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 891 Agricultural Act | ☒ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation |  | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 895 Freedom of Information Act | ☐ 220 Foreclosure |  |  | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment |  |  | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land |  |  |  | ☐ 865 RSI (405(g)) |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability |  |  |  | **FEDERAL TAX SUITS** |
|  | ☐ 290 All Other Real Property |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  |  |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
IF yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (01/03)                                CIVIL COVER SHEET                                Page 1 of 2
WWW.ATFORMS.COM 1-800-617-4202

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?   ☒ No   ☐ Yes

if yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐   A. Appear to arise from the same or substantially identical transactions, happenings or events.
                                        ☐   B. Involve the same or substantially the same parties or property.
                                        ☐   C. Involve the same patent, trademark or copyright.
                                        ☐   D. Call for determination of the same or substantially identical questions of law, or
                                        ☐   E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides. (Use an additional sheet if necessary)

☐   Check here if the U.S. government, its agencies or employees is a named plaintiff.
```
    Plaintiff Fedex Customer Information Services, Inc. resides in the state of
    Tennessee.
```

List the California County, or State if other than California in which EACH named defendant resides. (Use an additional sheet if necessary)
☐   Check here if the U.S. government, its agencies or employees is a named defendant.
```
    Defendants are resides in Los Angeles county.
```

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
```
    The claims all reside within the Los Angeles County.
```

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/_____   Date 3/14/09

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical Codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |