Long K. Bui, State Bar No. 189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., #327
Los Angeles, California 90064
Telephone:  (310) 473-9153
Facsimile:  (310) 477-2215

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CUSTOMER INFORMATION SERVICES, INC. <br><br> Plaintiff, <br><br> ALSA CORPORATION; DYNATONE LLC; JEWELRY TECHNOLOGY, INC. DBA JEWELPAK <br> Defendants, | Case No. CV09-0588 AHM (JCx) <br><br> **REQUEST FOR ORDER FOR EXECUTIVE LEGAL NETWORK, INC. TO SERVE BANK LEVY INSTRUCTIONS** |

   Plaintiff, Fedex Customer Information Services, Inc. requests the Court to grant an order allowing Executive Legal Network, Inc. to serve Notice of Levy (Enforcement of Judgment), Memorandum of Garnishee, and any and all other necessary documents to levy upon the bank account of Defendants, ALSA CORPORATION, DYNATONE LLC, and JEWELRY TECHNOLOGY, INC. DBA JEWELPAK at their financial institution.

   Dated: 12/1/09

                                            _____
                                            Long K. Bui, Attorney for Plaintiff