Long K. Bui, Esq. Bar#189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., Suite 327
Los Angeles, California 90064

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CUSTOMER INFORMATION SERVICES, INC.<br><br>Plaintiffs,<br><br>Vs<br><br>ALSA CORPORATION; DYNATONE LLC; JEWELRY TECHNOLOGY, INC. DBA JEWELPAK; AND DOES 1-10 INCLUSIVE<br><br>Defendants. | Case No. CV09-2588 AHM (JCx)<br><br>[PROPOSED] ORDER TO ALLOW EXECUTIVE LEGAL NETWORK, INC. TO SERVE BANK LEVY INSTRUCTIONS |

///

Upon application by plaintiff and pursuant to Rule 4(c), Federal Rules of Civil Procedure, it is hereby **ORDERED** that Executive Legal Network, Inc. be specially appointed as special process server for the purpose of serving the Notice of Levy (Enforcement of Judgment), Memorandum of Garnishee, and any and all other documents necessary to levy on the bank account of ALSA CORPORATION, DYNATONE LLC, and JEWELRY TECHNOLOGY, INC. DBA JEWELPAK at their financial institution in this action.

DATED: 12/18/09          /s/ _____
                                    District Judge

Submitted By: _____
Long K. Bui, Attorneys for Plaintiffs