Long K. Bui, Esq. Bar#189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., Suite 327
Los Angeles, California 90064

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FEDEX CUSTOMER INFORMATION SERVICES, INC.

　　　　Plaintiffs,

Vs

ALSA CORPORATION; DYNATONE LLC, JEWELRY TECHNOLOGY, INC., DBA JEWELPAK AND DOES 1-10 INCLUSIVE

　　　　Defendants.

Case No. CV09-2588 AHM (JCx)

[PROPOSED] ORDER TO ALLOW US MARSHALL TO DO A TILL TAP SEIZURE UPON DEFENDANT

///

WHEREAS upon reading, listing, and considering the facts presented,

IT IS HEREBY ORDERED THAT,

US Marshall [Marshal] may do a Till Tap Seizure upon Defendants, ALSA CORPORATION; DYNATONE LLC, JEWELRY TECHNOLOGY, INC., DBA JEWELPAK, at their principal place of business, 2640 East 37 Street, Vernon California 90058. The US Marshall's [Marshal's] Office will be held harmless for their reasonable actions under the law, in enforcing the requested Till Tap Seizure.

DATED: 1/7/12  1/11/12　　　　/s/ _____
　　　　　　　　　　　　　　　　　　District Judge

Submitted By: _____
Long K. Bui, Attorneys for Plaintiffs

cc: USMO