Long K. Bui, State Bar No. 189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., #327
Los Angeles, California 90064
Telephone:  (310) 473-9153
Facsimile:   (310) 477-2215

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CUSTOMER INFORMATION SERVICES, INC.<br><br>Plaintiff,<br><br>ALSA CORPORATION; DYNATONE LLC; JEWELRY TECHNOLOGY, INC DBA JEWELPAK<br>Defendants, | Case No. CV09-2588 AHM (JCx)<br><br>**FOURTH REQUEST FOR AMENDED ORDER FOR US MARSHALS TO DO A TILL TAP SEIZURE; DECLARATION OF LONG K. BUI** |

Plaintiff, Fedex Customer Information Services, Inc. requests the Court to grant an amended order allowing U.S. Marshals to do a Till Tap Seizure on Defendants, ALSA CORPORATION; DYNATONE LLC; and JEWELRY TECHNOLOGY, INC., DBA JEWELPAK at their place of business, located at 2640 East 37th Street, Vernon, California 90058. Judgment was entered on August 18, 2009, in Plaintiff flavor, in the amount of $194,210.35.

The original order was issued on January 11, 2012 but the US Marshals requested that Plaintiff get an amended order to add additional language to the order to clearly describe the actions to be taken and to protect them from legal liability in enforcing the order.

Plaintiff had previously attempted to levy upon Defendant bank account but no funds were obtained. Defendant continues to operate its business. Plaintiff only option is to have the US Marshals do a till tap seizure.

According to the US Marshals' office, they can only do a Till Tap Seizure if the court

1  issues an amended order granting them permission.

2      Federal Rule 69(a)(1), states,

3      "A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies."

    California Code of Civil Procedure Section 700.070, states that "[t]he levying officer shall place a keeper in charge of the business for the period request by the judgment creditor. During the period, the business may continue to operate in the ordinary course of business provided that all sales are final and are for cash or its equivalent. For the purpose of this subdivision, a check is the equivalent of cash. The levying officer is not liable for accepting payments in the form of cash equivalent. The keeper shall take custody of the proceeds from all sales unless otherwise directed by the judgment creditor."

    Based on the foregoing, the court has authority to grant, the US Marshals the authority to conduct a till tap seize (i.e. a removal of cash, checks, and credit card drafts in the cash register or safe).

Dated: 11/20/12

_____
Long K. Bui, Attorney for Plaintiff

## **DECLARATION OF LONG K. BUI**

I, Long K. Bui, am an attorney duly license to practice law in the courts of the State of California. I am the attorney of record for Plaintiff, Fedex Customer Information Services, Inc. If called upon to testify, I could, and would, competently testify as follows:

On April 14, 2009, Plaintiff filed suit against Defendant for failing to pay for shipping services rendered by Federal Express Corporation. Judgment was entered on August 18, 2009, against Defendants in the amount of $194,210.35. On December 22, 2009, Plaintiff obtained a Writ of Execution and then attempted to levy upon Defendants' bank account at Bank of America but no funds were obtained.

Within the last 45 days, my office was able to verify that the Defendants are still in business and operating out of the 2640 East 37th Street, Vernon, California 90058 location. Plaintiff's only viable option to enforce its judgment is to do a Till Tap Seizure. I called the US Marshals' office and they told me that in order for my client to do a Till Tap Seizure, we would have to seek an order from the court, granting us permission to do a Till Tap Seizure.

On January 11, 2012, the court issued an Order to allow US Marshals to do a Till Tap Seizure upon Defendant. Upon submitting the order to the US Marshals Office, they requested that we add additional language to the order to clearly describe what they can use reasonable use of force to gain access and entry into Defendant's facility, to gain access to cash register, safe box, and checks made out to the Defendant. Further, it was requested that we add language to the order to protect them from legal liability from enforcing the order.

I declare under penalty of perjury under the laws of the State of California and United States, that the foregoing are true and correct. Executed November 20, 2012, in Los Angeles, California.

_____
Long K. Bui, Attorney for Plaintiff