Long K. Bui, Esq. Bar#189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., Suite 327
Los Angeles, California 90064

Attorney for Plaintiff



FILED
CLERK, U.S. DISTRICT COURT
NOV 26 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CUSTOMER INFORMATION SERVICES, INC. <br><br> Plaintiffs, <br><br> Vs <br><br> ALSA CORPORATION; DYNATONE LLC, JEWELRY TECHNOLOGY, INC., DBA JEWELPAK AND DOES 1-10 INCLUSIVE <br><br> Defendants. | Case No. CV09-2588 AHM (JCx) <br><br> [PROPOSED] AMENDED ORDER TO ALLOW US MARSHALS TO DO A TILL TAP SEIZURE UPON DEFENDANT |

///

WHEREAS upon reading, listing, and considering the facts presented,

IT IS HEREBY ORDERED THAT,

US Marshals may do a Till Tap Seizure upon Defendants, ALSA CORPORATION; DYNATONE LLC, JEWELRY TECHNOLOGY, INC., DBA JEWELPAK, at their principal place of business, located at 2640 East 37th Street, Vernon, California 90058. The US Marshals' Office will be held harmless for their reasonable actions under the law, in enforcing the requested Till Tap Seizure and all the actions described herein.

The US Marshals may use reasonable use of force to gain access and entry into Defendant's facility, to gain access to the cash register, safe box, and checks made out to the Defendant.

Plaintiff was awarded a $194,210.35 judgment on August 18, 2009. U.S. Marshals is authorized to seize incoming cash and checks from the sale of all merchandise but not more than $194,210.35 in assets.

The U.S. Marshals' Office is ordered to turn over any proceeds and information obtained as part of the Till Tap Seizure to counsel for Plaintiff, the Law Offices of Sakaida & Bui, 2355

cc: USMO

1  Westwood Blvd., Suite 327, Los Angeles, CA 90064.

2      Plaintiff must file a declaration with the court confirming that the till tap seizure was executed, within three days of its actual execution.

DATED: ~~11/20/12~~

November 26, 2012

_____
District Judge