Long K. Bui, State Bar No. 189662
Law Offices of Sakaida & Bui
2355 Westwood Blvd., #327
Los Angeles, California 90064
Telephone: (310) 473-9153
Facsimile: (310) 477-2215

Attorneys for Plaintiff

FEDERAL COURT OF THE STATE OF CALIFORNIA

CENTRAL DISTRICT

| | |
|---|---|
| FEDEX CUSTOMER INFORMATION SERVICES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ALSA CORPORATION; DYNATONE LLC; JEWELRY TECHNOLOGY, INC., DBA JEWELPAK, ET AL.<br><br>Defendants. | Case No. CV09-2588 AHM (JCx)<br><br>**DECLARATION OF LONG K. BUI RE TILL TAP SEIZURE** |

I, LONG K. BUI, do say and declare as follows:

I am the attorney for Plaintiff Fedex Customer Information Services, Inc. If called as a witness I could competently testify to all the following facts which are within my personal knowledge.

On December 19, 2012, the US Marshall attempted to execute the Till Tap Seizure upon the Defendants in this matter and discover that they are no longer there.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on this day December 20, 2012.

_____
Long Bui